AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Cezary Kwietniak

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 - 30292 - MAP**

TO: (Name and address of Defendant)

Cezary Kwietniak
2 Chestnut Drive
Belchertown, MA 01007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12/1/03
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Feb 26, 2004 |
| NAME OF SERVER (PRINT) FRANCIS W. COTE DEPUTY SHERIFF | TITLE FRANCIS W. COTE DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 2 Chestnut Dr. Belchertown MA. on 2-26-04 at 6:23 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 60 mi 20.60  Conv. 4.50 | 1st 30.00  Cop 6.00  2.00 | $67.10 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-26-04
              Date

Signature of Server

OFFICE OF THE SHERIFF
Hampshire County
Civil Process Division
492 Pleasant Street
P.O. Box 684
Northampton, MA 01061

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.