UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| **DIRECTV, Inc.** | ) Case No.: **03-30292-MAP** |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) **WITHOUT PREJUDICE** |
| **Cezary Kwietniak** | ) |
| Defendant | ) |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

8/20/04
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 20 day of _____Aug_____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Kenneth D. Quat
9 Damonmill Square,
Suite 4A-4
Concord, MA  01742

_____
John M. McLaughlin, Esq.